# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **March 4, 2017**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Monica Lorraine Amaker** | Reg. No. 05022-088 |
| **John Barnes** | Reg. No. 05640-070 |
| **Lasalle Boone** | Reg. No. 57490-083 |
| **Justin L. Border** | Reg. No. 11824-030 |
| **Marvin Dontrail Brookins** | Reg. No. 09563-033 |
| **Derrick Bullard** | Reg. No. 55422-066 |
| **James Edward Burns** | Reg. No. 13929-018 |
| **Albert Campbell** | Reg. No. 34871-004 |
| **Williamson Dimanche** | Reg. No. 49394-018 |
| **Eric Marquan Dogan** | Reg. No. 14705-171 |
| **Ricardo Flores** | Reg. No. 81578-079 |
| **Terrance Everett Fuller** | Reg. No. 27278-044 |
| **Roger Sherman Gaston** | Reg. No. 22179-018 |
| **Brian Goodine** | Reg. No. 04027-036 |
| **Donald L. Graham** | Reg. No. 11509-032 |
| **Dion James,** aka Delvin Percy James | Reg. No. 96457-071 |
| **Desmond D'Juan Jones** | Reg. No. 27138-001 |
| **Juan Carlos Munoz** | Reg. No. 02382-029 |
| **Jerome Nalls** | Reg. No. 53990-019 |
| **Bessie E. Pittman** | Reg. No. 20750-004 |
| **Bradford S. Potts** | Reg. No. 05739-017 |
| **James Henry Robinson** | Reg. No. 74855-004 |
| **Corey D. Rosendary** | Reg. No. 20162-068 |
| **Juliano Torres** | Reg. No. 91132-079 |
| **Leonel Cano Vela** | Reg. No. 11769-030 |
| **Charles Edward Williams** | Reg. No. 04281-018 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **March 4, 2017**. I also remit the unpaid balance of the fine imposed by the court on each respective person. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Darryl Dewayne Frazier** | Reg. No. 69201-080 |
| **Stevie Wayne Johnson** | Reg. No. 33435-077 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **151 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Michael Jerome Felder** | Reg. No. 15149-171 |
| **Manuel Muniz** | Reg. No. 83326-180 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Daniel Holmes** | Reg. No. 11897-078 |
| **Samuel Rodney Holmes** | Reg. No. 14341-171 |

I hereby further commute the total sentence of imprisonment imposed upon **Antonio Lee Alls**, Reg. No. 49002-018, to a term of **150 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **James Edward Blackmon**, Reg. No. 10777-171, to a term of **270 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Jimmy Dean Gibson, aka Jimmie Dean Gibson**, Reg. No. 05975-018, to a term of **292 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Martin Godbersen**, Reg. No. 01397-029, to a expire on **May 3, 2017**, leaving intact and in effect the eight-year term of supervised release imposed by the court with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kenneth L. Harlan**, Reg. No. 05614-028, to expire on **August 4, 2017**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Kevin Lee Johnson**, Reg. No. 13047-035, to a term of **180 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Mandy Martinson**, Reg. No. 02876-029, to expire on **December 4, 2016**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Jimmie Lee Mason**, Reg. No. 14147-171, to expire on **April 30, 2017**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Lester Martin Works**, Reg. No. 38048-018, to expire on **November 4, 2017**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Fourth day of November in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**